UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 16 B 12841
                                          CHAPTER 13

KENNETH BREWER
                                          JUDGE DONALD R CASSLING

          DEBTOR                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:**  NORTHERN TRUST NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 6 | XXXXXX0001 | $0.00 | $3,000.00 | $3,000.00 |
| Total Amount Paid by Trustee |  |  |  |  | $3,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 16-12841-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 4th day of January, 2019.

Debtor:                                    Attorney:
KENNETH BREWER                             HELLER & RICHMOND LTD
1907 183RD PL                              33 N DEARBORN #1907
LANSING, IL  60438-2588                    CHICAGO, IL  60602
                                           via Clerk's ECF noticing procedures

Creditor:
NORTHERN TRUST NA
PO BOX 92992
CHICAGO, IL  60675

ELECTRONIC SERVICE - United States Trustee


Date:  January 04, 2019                    /s/ TOM VAUGHN
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE
                                           55 E. MONROE STREET, SUITE 3850
                                           CHICAGO, IL  60603